```
              UNITED STATES DISTRICT COURT
              EASTERN DISTRICT OF LOUISIANA
```

SHERMAN SINGLETON                               CIVIL ACTION

VERSUS                                          NO. 14-720

ARTHUR A. MORRELL                               SECTION: J(1)

# O R D E R

The Court, having considered the complaint, the record, the applicable law, the Report and Recommendation of the United States Magistrate Judge, and the failure of any party to file an objection to the Magistrate Judge's Report and Recommendation, hereby **APPROVES** the Report and Recommendation of the United States Magistrate Judge and adopts it as its opinion in this matter. Therefore,

**IT IS ORDERED** that Plaintiff Sherman Singleton's Section 1983 claims against Defendant Arthur A. Morrell is hereby **DISMISSED WITH PREJUDICE** as frivolous and/or for failure to state a claim on which relief may be granted.

New Orleans, Louisiana, this 17th day of April, 2014.

_____
CARL J. BARBIER
UNITED STATES DISTRICT JUDGE